# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0134, <u>In the Matter of Cynthia Stocker and Wendall Stocker</u>, the court on May 1, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The petitioner, Cynthia Stocker (wife), appeals a final decree of the Circuit Court (<u>McIntyre</u>, J.), issued following a multi-day hearing, in her divorce from the respondent, Wendall Stocker (husband).  On appeal, the wife advances numerous arguments challenging essentially all aspects of the trial court's decree.

Based upon our review of the parties' written arguments, the relevant law, the record on appeal, the trial court's thorough and well-reasoned narrative decree, and its subsequent thorough and well-reasoned order on reconsideration, we find the wife's arguments unpersuasive, and affirm the trial court's decision. Further, any issues raised in the wife's notice of appeal that were not briefed are waived.  <u>See</u> <u>In re Estate of King</u>, 149 N.H. 226, 230 (2003).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

<b>Timothy A. Gudas,<br>Clerk</b>